# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information          05/28/2021 12:47 PM

Court : 153    Case : 325307    [Search]  [New Search]   ☐ Show Service Documents ONLY

**Cause Number : 153-325307-21**                    **Date Filed : 05-17-2021**

SHAMIKA WHITFIELD  | VS |  CITY OF FORT WORTH

**Cause of Action :** INJURY OR DAMAGE, OTHER INJURY OR DAMAGE
**Case Status :** PENDING

| File Mark | Description | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|
| 05-17-2021 | PLTF'S ORIG PET | N | $289.00 | |
| 05-17-2021 | PAYMENT RECEIVED trans #1 | Y | | $289.00 |
| 05-17-2021 | JURY FEE | N | $40.00 | |
| 05-17-2021 | PAYMENT RECEIVED trans #3 | Y | | $40.00 |
| 05-17-2021 | CIT Cert Mail-ISSUED ON CITY OF FORT WORTH-On 05/19/2021 | N  Svc | $83.00 | |
| 05-17-2021 | PAYMENT RECEIVED trans #5 | Y | | $83.00 |
| 05-18-2021 | REQ FOR NON-CERT COPIES FOR CIT | | | $0.00 |
| 05-18-2021 | COPIES (SENT TO DP) | N | $5.00 | |
| 05-18-2021 | PAYMENT RECEIVED trans #8 | Y | | $5.00 |

| 05-27-2021 | [ORIG ANS] DEFN'S ORIG ANS Case 4:21-cv-00697-K Document 1-3 Filed 05/28/21 Page 2 of 2 PageID 8 | | | $0.00 |