CAUSE NO. 153-325307-21

| **SHAMIKA WHITFIELD** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **V** | § | **153ʳᵈ JUDICIAL DISTRICT** |
| | § | |
| **CITY OF FORT WORTH,** | § | |
| *Defendant.* | § | |
| | § | **TARRANT COUNTY, TEXAS** |

___

## INDEX OF ALL DOCUMENTS FILED IN STATE COURT
___

| | **PLEADING NAME** | **DATE FILED** |
|---|---|---|
| 1. | Plaintiff's Original Petition | May 17, 2021 |
| 2. | CFW Citation Issued | May 17, 2021 |
| 3. | Letter Requesting Non-Certified Copies for Citation | May 18, 2021 |
| 4. | City of Fort Worth's Original Answer | May 27, 20201 |

Respectfully submitted,

*/s/ Lynn M. Winter*
**Lynn M. Winter**
Assistant City Attorney
State Bar No. 24078135
lynn.winter@fortworthtexas.gov

Trey Qualls
Assistant City Attorney
State Bar No. 24099918
trey.qualls@fortworthtexas.gov

Office of the City Attorney
200 Texas Street
Fort Worth, Texas  76102
817.392.7600
817.392.8359 Facsimile

*Attorneys for Defendant City of Fort Worth*