THE STATE OF TEXAS    SERVICE COPY
DISTRICT COURT, TARRANT COUNTY

# CITATION     Cause No. 153-325307-21

SHAMIKA WHITFIELD
VS.
CITY OF FORT WORTH

TO: CITY OF FORT WORTH

B/S CITY SECRETARY OFFICE/DEPT HEAD-MARY J KAYSER 200 TEXAS ST FORT WORTH, T 76102-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 153rd District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

SHAMIKA WHITFIELD

Filed in said Court on May 17th, 2021 Against
CITY OF FORT WORTH

For suit, said suit being numbered 153-325307-21 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

EMMANUEL ALBARADO
Attorney for SHAMIKA WHITFIELD Phone No. (940)218-6644
Address    4216 N I 35 DENTON, TX 76207

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 19th day of May, 2021.

By _____Natalie Thigpen_____ Deputy
NATALIE THIGPEN

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN   *15332530721000005*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION having first endorsed on same the date of delivery.

Deputy/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this ___ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

# CITATION

Cause No. 153-325307-21

SHAMIKA WHITFIELD

VS.

CITY OF FORT WORTH

ISSUED

This 19th day of May, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          NATALIE THIGPEN Deputy

EMMANUEL ALBARADO
Attorney for: SHAMIKA WHITFIELD
Phone No. (940)218-6644
ADDRESS: 4216 N I 35

DENTON, TX 76207

*CIVIL LAW*



*1533253072100005*

SERVICE COPY