153-325307-21

Case 4:21-cv-00697-Y   Document 1-7   Filed 05/28/21   Page 1 of 1   PageID 22

FILED
TARRANT COUNTY
5/18/2021 10:02 AM
THOMAS A. WILDER
DISTRICT CLERK

# The Albarado Law Firm, P.C.

| **GAINESVILLE OFFICE** | **(940) 218-6644 – Office** | **DENTON OFFICE** |
|---|---|---|
| 1016 E California Street | (940) 220-4027 – Fax | 4216 N Interstate 35 |
| Gainesville, TX 76240 | www.AlbaradoLaw.com | Denton, TX 76207 |

Case No. 153-325307-21
SHAMIKA WHITFIELD VS. CITY OF FORT WORTH

RE: The service document(s) will not be issued until copies of the file marked petition/application have been paid for or provided. You can efile a letter into this case and pay for 10 pages of non-certified copies in order for us to issue your service document(s).

To Whom It May Concern:

Please accept the following payment for 10 pages of non-certified copies so that service documents can be issued.

Please do not hesitate to contact me if you have any questions or need anything else from us.

Sincerely,

*Roxanna McCormick*

Roxanna McCormick
Attorney at Law
SBN: 24096994